UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FREE TRANSACTIONS, LLC, A Florida Limted Liability Company,

    Plaintiff,

v.

GEOVERA SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

CASE NO.:

## NOTICE OF REMOVAL

Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("GeoVera"), hereby files this Notice for Removal of the above-styled action, pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446, from the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida, to this Court. Removal is proper on the following grounds:

    1.    Plaintiff, FREE TRANSACTIONS, LLC, commenced a civil action in the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida, styled *FREE TRANSACTIONS, LLC, A Florida Limted Liability Company v. GEOVERA SPECIALTY INSURANCE COMPANY*, Case No. 2022-CA-5958. *See Amended Complaint attached to this Notice as **Exhibit "A."***

    2.    The Summons and Complaint in this case were served on this GeoVera's registered agent on May 2, 2023. *See Notice Service of Process attached to this Notice as **Exhibit "B."***

3. The Plaintiff's Complaint alleges that "[d]uring the policy period of December 5, 2019, to December 5, 2020, damages to Plaintiff's real property…occurred as a direct and proximate result of a covered peril." The property is located at "2728 Hibiscus Street, Sarasota, FL 33781" ("Property"). See **Exhibit "A,"** ¶¶7, 5.

4. GeoVera provided certain insurance coverage to the Property under policy number GH90018048 ("Policy"), for which coverage is subject to the terms, conditions, limitations and exclusions within the Policy. *See an alleged copy of the Policy attached as "Exhibit A" to Plaintiff's Amended Complaint (***Exhibit "A"*** to this Notice).*

5. Plaintiff's Amended Complaint alleges that the Property suffered damages which GeoVera has failed to issue payment for the loss that properly compensates Plaintiff. See **Exhibit "A,"** ¶10.

6. The Amended Complaint for one count of Breach of Contract, alleges that this action in excess of $30,000.00. See **Exhibit "A,"** ¶1.

7. Although not specifically alleged in the Amended Complaint, on February 11, 2022, Plaintiff filed with the Florida Department of Financial Services a Property Insurance Notice of Intent to Initiate Litigation ("NOI"), which: (1) pertained to the subject claim and Policy; (2) was assigned Filing no. 22193; and (3) attached an alleged "Estimate of Damages" setting forth the amount of approximately $117,889.00. *See Plaintiff's NOI no. 22193 filed with the Florida Department of Financial Services, with attached alleged supporting estimate, attached to this Notice as* **Composite Exhibit "C."** Therefore, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8. Upon information and belief, Plaintiff is/was a limited liability corporation with a Principal Address located in Sarasota, Florida, at all times material to the action.

*See Plaintiff's 2020 Florida Limited Liability Company Reinstatement filed with the Secretary of State on August 30, 2020, attached to this Notice as* **Exhibit "D."**

9. At the time of the filing of the Complaint and Notice of Removal, and at all times material hereto, GeoVera was and is a Delaware corporation with its principal place of business in the state of California. Accordingly, GeoVera is a foreign corporation. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business."). *See also GeoVera's "Entity Details" per Delaware Department of State: Division of Corporations[1], attached to this Notice as* **Exhibit "E."**

10. Removal of this action is proper under 28 U.S.C. § 1332, which allows for District Courts jurisdiction over, "all civil actions where the matter in controversy exceeds the sum or value of $75,000.00" and is between citizens of a State and citizens or subjects of a foreign state. 28 U.S.C. § 1332, 1441 and 1446, *et seq.*

11. Venue is proper in this Court under 28 U.S.C. § 1332.

12. Given the aforementioned, upon information and belief and in good faith, GeoVera asserts that the amount in controversy in this matter exceeds the jurisdictional minimum, exclusive of interest and costs, pursuant to the Plaintiff's Amended Complaint and assertions to support their damage claim.

13. GeoVera has filed its Notice for Removal within 30 days of receiving service of the Complaint on May 2, 2023. Therefore, this Notice of Removal is being filed within thirty days of receipt by GeoVera of information from which it could first ascertain that the

---

[1] https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx, last visited on May 15, 2023.

case is removable. 28 U.S.C. § 1446(b). Following the filing of this Notice with this Court, written notice of filing of same will be provided to the attorney for Plaintiff, as required by law.

14. Following the filing of this Notice with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida, as required by law.

15. Pursuant to 28 U.S.C § 1446(a), GeoVera will file a true and legible copy of important process, pleadings, and orders on file in the state court with this Notice for Removal.

WHEREFORE, GEOVERA SPECIALTY INSURANCE COMPANY, respectfully requests that the above-styled action be removed to the United States District Court for the Middle District of Florida because the complete diversity between the Parties and the amount in controversy that exceeds $75,000.00.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail and/or E-Service compliance with Rule of Judicial Administration 2.516 delivery this 17th day of May, 2023 to Chase P. Florin, B.C.S., Kavon P. Smith, Esq., and Hal S. Weitzenfeld, Esq., Florin Roebig, P.A., FPService@florinroebig.com; Whf@florinroebig.com; Chase@florinroebig.com; KSmith@florinroebig.com, 777 Alderman Road, Palm Harbor, FL 34683, Attorney for Plaintiff, Free Transactions, LLC.

KELLEY KRONENBERG, P.A.
*Attorney for Defendant*
1511 N. Westshore Blvd.

Suite 400
Tampa, FL 33607
Telephone: (813) 223-1697
Service email: klkeservice@kelleykronenberg.com
Attorney email: kciell@kelleykronenberg.com

**By:** <u>*Kurt M. Ciell*</u>
KURT M. CIELL, ESQUIRE
Fla. Bar No.: 106311